UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAYWEATHER PROMOTIONS, LLC, | Case No. 21-cv-04378 (VEC) |
| Plaintiff, | |
| - against - | **CONSENT TO** <br> **CHANGE ATTORNEY** |
| PAC ENTERTAINMENT WORLDWIDE LLC, | |
| Defendant. | |

IT IS HEREBY CONSENTED TO AND AGREED, that David Yeger Law PLLC be substituted as attorney of record for defendant PAC ENTERTAINMENT WORLDWIDE LLC in the above-entitled action in place and stead of Wachtel Missry LLP as of the date hereof. This Consent may be executed in counterparts, all of which together shall constitute a single document, and facsimile and electronic signatures shall be deemed original for all purposes.

Dated: New York, New York
       July 19, 2021

**DAVID YEGER LAW PLLC**

By: _____
David Yeger, Esq.
420 Lexington Avenue, Ste. 300
New York, NY 10170
(212) 452-6177
david@yegeresq.com
*Substituting In Attorneys for Defendant*

**WACHTEL MISSRY LLP**

By: _____
Jeffrey T. Strauss, Esq.
885 2nd Avenue, 47th Fl.
New York, New York 10017
(212) 909-9500
strauss@wmllp.com
*Substituting Out Attorneys for Defendant*

**PAC ENTERTAINMENT WORLDWIDE LLC**

_____
Name: Aaron Pilchick
Title: COO
*Defendant*

1