```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MAYWEATHER PROMOTIONS, LLC,             :
                                        :           21-CV-4378 (VEC)
                         Plaintiff,     :
       -against-                        :           ORDER
                                        :
PAC ENTERTAINMENT WORLDWIDE LLC,        :
                                        :
                         Defendant.     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 16, 2022, the Court stayed all deadlines in this case pending resolution of Defendant's counsel's motion to withdraw, *see* Dkt. 71.

IT IS HEREBY ORDERED THAT the pre-trial conference scheduled for June 24. 2022 is hereby adjourned *sine die*.

**SO ORDERED.**

Date:  **June 21, 2022**
       **New York, NY**

                                                    _____
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**