```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MAYWEATHER PROMOTIONS, LLC,                    :
                                                :           21-CV-4378 (VEC)
                                    Plaintiff,  :
            -against-                           :           ORDER
                                                :
PAC ENTERTAINMENT WORLDWIDE LLC,                :
                                                :
                                    Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 15, 2022, counsel for PAC Entertainment Worldwide LLC ("PAC") filed a Motion for Withdrawal of Appearance (the "Motion"), *see* Dkt. 66;

WHEREAS the Court ordered PAC to show cause by June 24, 2022, for why the Court should not grant the Motion, *see* Dkt. 70;

WHEREAS the Court adjourned the parties' pre-trial conference *sine die* and stayed all deadlines in this case pending resolution of the Motion, *see* Dkt. 71; and

WHEREAS PAC has not shown cause for why the Court should not grant PAC's Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED, and David Yeger, Esq. and John H. Reichman, Esq. are TERMINATED from this case.

IT IS FURTHER ORDERED that PAC must obtain new counsel and have an appearance filed on the record by no later than **August 8, 2022**. *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) (a limited liability company may only appear in federal court through a licensed attorney).

IT IS FURTHER ORDERED that a pre-trial conference will be held on **Friday, August 26, 2022 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley

Square, New York, New York, 10007; the parties' joint submissions are due by no later than **August 18, 2022**.

**SO ORDERED.**

Date:  July 7, 2022
      New York, NY

                                           **VALERIE CAPRONI**
                                           **United States District Judge**