MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2022

**PAC Entertainment Worldwide LLC**
**320 5th Avenue**
**New York, NY 10001**
**Tel: 347-645-0292**

United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

VIA ELECTONIC MAIL
CaproniNYSDChambers@nysd.uscourts.gov
**VIA CERTIFIED LETTER**

August 5, 2022

**REQUEST FOR NEW COUNSEL EXTENSION**

**RE: 21-CV-4378 (VEC)**
**Mayweather Promotions vs PAC Entertainment Worldwide LLC**

Honorable Judge Caproni,

In response to Order signed on July 7th, 2022, we understand that PAC Entertainment Worldwide LLC must obtain new counsel and per order, appearance must be filed on record by no later that August 8th, 2022.

However, we kindly request our first request of extension of 45 business days from August 8th, 2022 to obtain new counsel due to the difficulty of finding proper counsel for this matter

It is unknown is the other party(ies) consents at this time.

Response can be emailed to:
pincus@aol.com, cc: madais101@yahoo.com & Escamilla.laura3@gmail.com

Thank you for your kind and careful consideration.

Regards,

_(signature)_

Aaron Pilchick
Partner
PAC Entertainment Worldwide LLC

Application GRANTED in part.  As an initial matter, all communications to chambers must be filed on ECF pursuant to Rule 2(A) of the Undersigned's Individual Practices.  Additionally, Rules 2(A) & (C) require requests for an adjournment to indicate whether the opposing party consents to the request.

IT IS HEREBY ORDERED that PAC's deadline to obtain new counsel is ADJOURNED to **September 8, 2022**, or else PAC must show cause why Mayweather Promotions should not be entitled to a default judgment.  *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) (a limited liability company may only appear in federal court through a licensed attorney).

SO ORDERED.

Date: 8/9/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE