

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2022

# EISNER, LLP

August 15, 2022

**Via ECF**

The Honorable Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

    Re:    **Mayweather Promotions, LLC v. PAC Entertainment Worldwide, LLC**
            **Case No. 1:21-cv-04378 (VEC)**

Dear Judge Caproni:

      We represent Counterclaim-Defendants Mayweather Promotions, LLC and Floyd Mayweather ("Counter-Defendants") in the above-referenced matter against Counterclaim-Plaintiff PAC Entertainment Worldwide, LLC (Counterclaim-Plaintiff). According to Your Honor's August 9, 2022 Endorsed Letter (Dkt. 74), Your Honor adjourned Counterclaim-Plaintiff's deadline to obtain new counsel to September 8, 2022, or else "show cause why [Plaintiff] should not be entitled to a default judgment." As a threshold issue, counsel for Counterclaim-Plaintiff did not contact undersigned counsel prior to making its request to the Court, nor was undersigned counsel ever aware that counsel for Counterclaim-Plaintiff submitted a letter requesting Your Honor extend the deadline for Counterclaim-Plaintiff to retain new counsel.

      Nevertheless, because your Honor has extended Counterclaim-Plaintiff's deadline to retain new counsel, Counterclaim-Defendants respectfully request that your Honor adjourn the pre-trial conference scheduled for Friday August 26, 2022 at 10:00 am and the parties' joint submissions due August 18, 2022, until after September 8, 2022 so that the parties' presence at the conference is a meaningful and effective use of the Court's time and resources.

Thank you for your attention to this matter.

                              Respectfully submitted,

                              */s/ Vanessa Destime*

cc: All Counsel of Record (By ECF)

2801555.1

9601 Wilshire Blvd. | 7th Floor | Beverly Hills, CA 90210
T 310.855.3200 | F 310.855.3201

www.eisnerlaw.com

152 West 57th Street | 48th Floor | New York, NY 10019
T 646.876.2600 | F 212.600.5020

Application GRANTED.  The Court reminds the parties that any communications to the Court containing a request of any kind must indicate whether opposing counsel consents to the request.  *See* Rules 2(A) & (C) of the Undersigned's Individual Practices.  Nevertheless, because PAC Entertainment Worldwide, LLC has until September 8, 2022, to retain new counsel, *see* Dkt. 74, it is hereby ordered that the pretrial conference scheduled for August 26, 2022 is ADJOURNED *sine die*.

The Clerk of Court is respectfully requested to terminate the open motion at docket entry 75.

SO ORDERED.

Date: 8/16/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE