USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
MAYWEATHER PROMOTIONS, LLC,                :
                                           :     21-CV-4378 (VEC)
                              Plaintiff,   :
        -against-                          :     ORDER
                                           :
PAC ENTERTAINMENT WORLDWIDE LLC,           :
                                           :
                              Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 7, 2022, the Court approved the withdrawal of counsel for PAC Entertainment Worldwide LLC ("PAC") and ordered PAC to obtain new counsel by August 8, 2022, *see* Dkt. 73;

WHEREAS on August 9, 2022, the Court extended PAC's deadline to obtain new counsel to September 8, 2022, *see* Dkt. 74;

WHEREAS on September 13, 2022, the Court gave Mayweather Promotions until September 30, 2022 to move for default judgment against PAC, *see* Dkt. 80; and

WHEREAS on September 13, 2022, PAC contacted chambers *ex parte* requesting an extension of 45 business days to obtain new counsel;

IT IS HEREBY ORDERED that all deadlines in this case are STAYED. The parties are ordered to appear for a status conference in person on **Wednesday, October 5, 2022 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that PAC must appear with legal counsel; otherwise, a representative with authority to bind PAC must appear at the conference.

**SO ORDERED.**

_____
**VALERIE CAPRONI**
**United States District Judge**

**Date:  September 16, 2022**
      **New York, NY**