USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/07/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MAYWEATHER PROMOTIONS, LLC,

                Plaintiff,

-against-

PAC ENTERTAINMENT WORLDWIDE LLC,

                Defendant.

------------------------------------------------------------X

21-CV-4378 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 7, 2022, the parties appeared for a status conference, during which PAC Entertainment Worldwide LLC ("PAC") requested an extension to the deadline to retain counsel.

IT IS HEREBY ORDERED that for the reasons stated at the hearing, PAC's request is DENIED. Plaintiff's deadline to move for default judgment and to dismiss PAC's counterclaims is **October 21, 2022**; PAC's deadline to respond is **November 4, 2022**.

IT IS FURTHER ORDERED that all other deadlines in this case are STAYED.

**SO ORDERED.**

**Date: October 7, 2022**
**New York, NY**

                                      **VALERIE CAPRONI**
                                      **United States District Judge**