

October 26, 2022

**Via ECF**
The Honorable Valerie Caproni, U.S.D.J.
United States District Court, S.D.N.Y.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

      Re:    **Mayweather Promotions, LLC v. PAC Entertainment Worldwide, LLC**
              **Case No. 21-cv-4378 (VEC)**

Dear Judge Caproni:

      My law firm, Eisner LLP, is counsel of record for Plaintiff and Counterclaim-Defendant Mayweather Promotions, LLC ("Promotions") in the above-captioned case. On June 2, 2021, I entered my appearance in this matter *pro hac vice*. (Dkt. #13.) On February 7, 2022, my colleague Vanessa Destime entered her appearance. (Dkt. #56.)

      I am writing Your Honor to respectfully request permission to attend the Status Conference, scheduled for Friday November 4, 2022, at 10:00 a.m. eastern, remotely via teleconference.

      The grounds for my request include that Ms. Destime will be appearing on behalf of Promotions in person at the Status Conference; I reside in Los Angeles, California; my principal office is in Beverly Hills, California. The parties previously went before Your Honor at a status conference on October 7, 2022, where Your Honor ordered Promotions to file default judgment papers against Defendant/Counterclaim-Plaintiff PAC Entertainment Worldwide, LLC ("PAC"). The day before Promotions' default judgment papers were due, PAC's counsel entered his appearance in this matter and requested that your Honor schedule a status conference, which Your Honor granted. I was not aware that another status conference was going to be scheduled and therefore am unable to rearrange my schedule to attend the upcoming conference.

      Counsel for Defendant/Counterclaim-Plaintiff PAC Entertainment Worldwide, LLC, Lee Brett Bergstein, has consented to this request.

      Thank you for your time and attention to this matter.

                                        Respectfully submitted,

                                        ____/s/ Jeremiah Reynolds_____
                                        Jeremiah Reynolds
                                        Eisner, LLP
                                        Counsel for Plaintiff and Counterclaim-Defendant
                                        Mayweather Promotions, LLC

#2808926v1

9601 Wilshire Blvd. | 7th Floor | Beverly Hills, CA 90210
T 310.855.3200 | F 310.855.3201
www.eisnerlaw.com
152 West 57th Street | 48th Floor | New York, NY 10019
T 646.876.2600 | F 212.600.5020