```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAYWEATHER PROMOTIONS, LLC,     :
                                             :     21-CV-4378 (VEC)
                             Plaintiff,    :
                 -against-                   :        <u>ORDER</u>
                                             :
PAC ENTERTAINMENT WORLDWIDE LLC,   :
                                             :
                              Defendant.  :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 17, 2022, the parties appeared for a status conference.

IT IS HEREBY ORDERED that, for the reasons stated at the hearing, the stay on discovery deadlines is LIFTED.  The deadline to complete all fact discovery is **February 10, 2023**.

IT IS FURTHER ORDERED that Plaintiffs' deadline to file an answer to Defendant's counterclaims is **November 28, 2022**.

IT IS FURTHER ORDERED that a pre-trial conference will be held in person on **Friday, February 17, 2023 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties must submit a joint status update in advance of the conference by no later than **February 9, 2022**.  For the submission requirements, please see docket entry 23.

**SO ORDERED.**

                                                              _____

**Date: November 17, 2022**                                    **VALERIE CAPRONI**
          **New York, NY**                                        **United States District Judge**