UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAYWEATHER PROMOTIONS, LLC,

                Plaintiff,

-v.-

PAC ENTERTAINMENT WORLDWIDE, LLC,

                Defendant/Counterclaim-Plaintiff,

and

MAYWEATHER PROMOTIONS, LLC and FLOYD MAYWEATHER,

                Counterclaim-Defendants.

21 Civ. 4378 (JHR)

ORDER SCHEDULING DISCOVERY CONFERENCE

---

JENNIFER H. REARDEN, District Judge:

On March 14, 2023, Defendant and Counterclaim-Plaintiff PAC Entertainment Worldwide, LLC ("PAC") filed a letter-motion requesting the Court's intervention and a discovery conference regarding: (1) the alleged failure of Plaintiff and Counterclaim-Defendant Mayweather Promotions, LLC ("Promotions") to respond to PAC's document requests; (2) PAC's request for alternative service of a subpoena *ad testificandum* on non-party Al Haymon; and (3) PAC's request for an order compelling non-party James McNair to comply with a subpoena *ad testificandum*. ECF No. 104. Promotions opposed PAC's letter-motion on March 16, 2023. ECF No. 105. On March 22, 2023, Promotions filed a letter-motion for a discovery conference regarding its anticipated motion to quash PAC's subpoena *duces tecum* to non-party First Security Bank of Nevada. ECF No. 106. PAC opposed Promotions' letter-motion on March 23, 2023. ECF No. 107.

PAC's letter-motion (ECF No. 104) is GRANTED insofar as it seeks a conference. It is otherwise DENIED without prejudice, insofar as it seeks any other relief at this time. Promotions' letter-motion for a conference (ECF No. 106) is GRANTED.

The parties shall appear for a video conference, via Microsoft Teams, on **April 12, 2023**, at **12:30 P.M.**, to address the issues raised in the parties' letter-motions. The parties will receive log-in credentials via email. The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 284 393 197#. If the parties no longer seek the Court's intervention regarding any of the issues raised in their respective letter-motions, the parties shall file a joint letter by 5:00 P.M. EST on April 10, 2023, identifying the issues they no longer wish to address at the conference.

The Clerk of Court is directed to terminate ECF Nos. 104 and 106.

SO ORDERED.

Dated: March 30, 2023
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge