AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

MAYWEATHER PROMOTIONS, LLC
Plaintiff(s),

V.

PAC ENTERTAINMENT WORLDWIDE, LLC
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:21-cv-04378-VEC

Notice is hereby given that, subject to approval by the court, __Mayweather Promotions, LLC__ substitutes
(Party (s) Name)

__Daniel Kovel__, State Bar No. __5032057__ as counsel of record in
(Name of New Attorney)

place of __Jeremiah Reynolds__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Daniel H. Kovel
Address: Kovel Law PLLC
Telephone: (646) 397-1729  Facsimile
E-Mail (Optional): dkovel@kovel-law.com

I consent to the above substitution.
Date: 9/9/2024
(Signature of Party (s))

I consent to being substituted.
Date: 9/9/2024
*[DocuSigned signature]*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/9/2024
*Daniel Kovel* (DocuSigned)
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 9-25-24
*Jennifer E. Willis*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]