UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAYWEATHER PROMOTIONS, LCC,

                        Plaintiff,                    **ORDER**

                 -against-                  **21-CV-4378 (JW)**

PAC ENTERTAINMENT WORLDWIDE,
LLC

                      Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The Court is in receipt of the letter requesting the withdrawal of Benjamin Kassis and Venessa Destime as counsel of record for the Plaintiff. Dkt. No. 128. That request is GRANTED.

    The Clerk of Court is respectfully requested to remove Benjamin Kassis and Venessa Destime as counsel of record for the Plaintiff.

    SO ORDERED.

DATED:    New York, New York
                 October 2, 2024

                                                            _/s/ Jennifer E. Willis_
                                                            JENNIFER E. WILLIS
                                                            United States Magistrate Judge