**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MAYWEATHER PROMOTIONS, LLC,

                    Plaintiff,

        -against-

PAC ENTERTAINMENT WORLDWIDE,
LLC et al.,

                    Defendant.
------------------------------------------------------------------X

**ORDER**

**21-CV-4378 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On September 25, 2024 this Court granted a substitution of counsel. Dkt. No. 127. Per the Court's Order, attorney Daniel H. Kovel, of Kovel Law PLLC, was to replace attorney Jeremiah Reynolds. Id. However, attorney Kovel never filed a notice of appearance on ECF. Though the Court ordered attorney Kovel to represent Plaintiff and Counter Defendant Mayweather Promotions, LLC, counsel is not receiving updates from the case because he did not file a notice of appearance.

IT IS HEREBY ORDERED that attorney Kovel file a notice of appearance on the docket by **June 5, 2026.** A copy of this order was emailed to counsel for all Parties.

      SO ORDERED.

DATED:    New York, New York
             May 28, 2026

                                 _____
                                 JENNIFER E. WILLIS
                                 United States Magistrate Judge