Joseph DiPietro

BFKP BERGSTEIN FLYNN KNOWLTON POLLINA

The request to adjourn is GRANTED. The conference is rescheduled to **August 18, 2026 at 2:00 PM**.
SO ORDERED.

Jennifer E. Willis
JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
July 13, 2026

**Via ECF**
Hon. Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Chambers 425
New York, New York 10007

**Re:** ***Mayweather Promotions, LLC v. PAC Entertainment Worldwide, LLC et al.***
**Docket No. 1:21-cv-04378-JHR-JW**

Dear Judge Willis:

We represent Defendant PAC Entertainment Worldwide, LLC ("**PAC Entertainment**") in the above-referenced action. We respectfully request a one-week adjournment of the conference scheduled for July 16, 2026, to July 23, 2026, or another date convenient for the Court, because every attorney at the undersigned firm admitted to practice in this District will be out of town on July 16 due to previously scheduled travel.

On July 9, 2026, I contacted counsel for Plaintiff Mayweather Promotions, LLC, Mr. Kovel, via e-mail to request his consent to the instant adjournment request. As of this submission, I have not received a response. This is PAC Entertainment's first such request for an adjournment of the conference.

We thank the Court for its time and attention.

Respectfully submitted,

**BERGSTEIN FLYNN KNOWLTON & POLLINA PLLC**

By: /s/ *Joseph DiPietro*
Joseph DiPietro
Lee Bergstein

cc: All counsel of record
(via ECF)