BFKP BERGSTE FLYNN KNOWLTO POLLINA

This request is **GRANTED**. The Court will consider the notice of motion at Dkt. No. 153 to be timely filed and consider it instead of the document originally filed at Dkt. No. 151.

**SO ORDERED.**

JENNIFER E. WILLIS
United States Magistrate Judge
September 22, 2026

**Via ECF and E-Mail**
Hon. Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 228
New York, New York 10007
WillisNYSDChambers@nysd.uscourts.gov

**Re: Mayweather Promotions, LLC v. PAC Entertainment Worldwide, LLC; Case No. 21-CV-4378 (JHR) (JW)**

Dear Judge Willis:

We represent Defendant PAC Entertainment Worldwide, LLC ("**PAC**") in the above action. It has come to the attention of the undersigned firm that on Friday, September 18, 2026, an erroneous document was filed at ECF No. 151, in place of what was meant to be the notice of motion in support of PAC's motion for leave to amend its counterclaims.

Upon the discovery of this clerical oversight, the undersigned firm promptly filed the correct notice of motion at ECF No. 153 and submitted the instant letter. We respectfully request that the Court accept the notice of motion as timely filed.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**BERGSTEIN FLYNN KNOWLTON & POLLINA PLLC**

By: *\/s/ Joseph M. DiPietro*
Joseph M. DiPietro
Lee Bergstein